**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

RINEHOUSE RADIOLOGY, P.C.,

   Plaintiff,

       v.

MEDICAL IMAGING SPECIALISTS, P.C. and ARUN C. JETHANI,

   Defendants.

CIVIL ACTION NO. 3:12-CV-470

(JUDGE CAPUTO)

## ORDER

    **NOW**, this ___12th___ day of June, 2012, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (Doc. 2) is **DENIED.**

                                         /s/ A. Richard Caputo
                                         A. Richard Caputo
                                         United States District Judge